IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ANDY MONROE, III, #87258 | § |
| | § |
| V. | § CIVIL ACTION NO. G-04-636 |
| | § |
| ROBERT MCCURLEY, ET AL. | § |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on February 16, 2006, which recommends that Defendants' Motion for Summary Judgment be granted and the instant cause be dismissed with prejudice pursuant to *Heck v. Humphrey*. Monroe has filed objections to the Report and Recommendation consisting of three, one-line statements, each of which was appropriately and correctly addressed in the Report and Recommendation. Plaintiff claims, even if true, fail to surmount the legal bar of *Heck*.

After *de novo* review pursuant to 28 U.S.C. §636 (b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. It is the **ORDER** of this Court that Defendants' Motion for Summary Judgment is **GRANTED** and this cause is **DISMISSED** with prejudice under *Heck*.

**DONE** at Galveston, Texas, this the 9th day of March, 2006.

_____
Samuel B. Kent
United States District Judge